

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-217-1M-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| NOAH EDWIN ANTHONY | ) | |

The Grand Jury charges that:

On or about March 3, 2022, in the Eastern District of North Carolina, the defendant, NOAH EDWIN ANTHONY, knowingly received and possessed a firearm, to wit: a rifle, knowing the firearm received and possessed had a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

(remainder of page left intentionally blank)

1

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

1) No manufacturer, "FGC-9" .9x19mm caliber rifle, bearing no serial number, seized on March 3, 2022, and associated ammunition;

2) No manufacturer, P80, 9mm caliber pistol, bearing no serial number, and associated ammunition;

3) No manufacturer, no model, AR-15 style "80%" lower receiver, bearing no serial number; and

4) Various assorted ammunition, seized on March 3, 2022, at the Fort Bragg Military Reservation.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

FOREPERSON

09/13/2022
DATE

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

MICHAEL F. EASLEY, JR.
United States Attorney

BY: GABRIEL J. DIAZ
Assistant United States Attorney

3