

U. S. Department of Justice

**Michael F. Easley, Jr.**
*United States Attorney*
*Eastern District of North Carolina*

US Attorney's Office
150 Fayetteville Street
Suite 2100
Raleigh, North Carolina 27601

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## MEMORANDUM

DATE: September 13, 2022

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: MICHAEL F. EASLEY, JR.
United States Attorney

ATTN OF: GABRIEL J DIAZ
Assistant United States Attorney

SUBJECT: UNITED STATES v. NOAH EDWIN ANTHONY
No. 5:22-CR-217-1M-RN    WESTERN DIVISION

Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

The warrant should be returnable before the U.S. Magistrate Judge.

GJD:tw

cc: US Marshal Service
US Probation Office