AO 442 (Rev. 12/85) Warrant for Arrest 

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.

NOAH EDWIN ANTHONY

RECEIVED SEP 14 2022 U.S. Marshals Service, EDNC

**WARRANT FOR ARREST**

**CRIMINAL CASE: 5:22-CR-217-1M-RN**

To: The United States Marshal and any Authorized United States Officer YOU ARE HEREBY COMMANDED to arrest

**NOAH EDWIN ANTHONY** and he/she shall be brought before the nearest Magistrate/Judge to answer an

**X** Indictment ___ Superseding Indictment ___ Criminal Information ___ Complaint

___ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 26 U.S.C. §§ 5841, 5861(d) and 5871: Receiving, possessing, transferring, or manufacturing a firearm not registered in the National Firearms Registration and Transfer Record

Peter A. Moore, Jr.
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

SEPTEMBER 13, 2022 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at FBI - Raleigh, NC |

| DATE RECEIVED 09/14/2022 | NAME AND TITLE OF ARRESTING OFFICER V. Brewsh SDVSA | NAME AND TITLE OF ARRESTING FOR/FBI |
|---|---|---|
| DATE OF ARREST 09/26/2022 | | |

FILED
SEP 27 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK