UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-217-M-RN-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | UNOPPOSED MOTION TO CONTINUE DETENTION HEARING |
| NOAH EDWIN ANTHONY | |

Defendant, Noah Edwin Anthony, moves to continue the detention hearing in this case currently scheduled for September 29, 2022, in Raleigh, North Carolina, until October 7, 2022, or to a date that the Court deems appropriate. In support, Mr. Anthony shows the following:

1. The detention hearing in this case is currently scheduled for Thursday, September 29, 2022.

2. The Defendant needs additional time to review evidence, formulate a release plan, meet with counsel, and determine appropriate conditions of release to propose to the Court.

3. The parties believe that a continuance to Friday, October 7, 2022 would allow them time to adequately prepare.

4. Assistant United States Attorney Gabe Diaz has confirmed that he does not oppose this motion.

5. This Motion is made in good faith and not for the purposes of delay. Neither the Government nor the defendant would be prejudiced by the continuance sought herein.

WHEREFORE, the Defendant respectfully requests that the detention hearing in this case be continued until October 7, 2022, or to a date that the Court deems appropriate.

Respectfully requested this 28th day of September, 2022.

        G. ALAN DUBOIS
        Federal Public Defender

        */s/ Christopher J. Locascio*
        CHRISTOPHER J. LOCASCIO
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        150 Fayetteville Street, Suite 450
        Raleigh, North Carolina 27601
        Telephone: 919-856-4236
        Fax: 919-856-4477
        E-mail: Chris_Locascio@fd.org
        N.C. State Bar No. 29326
        LR 57.1 Counsel Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

GABRIEL J. DIAZ
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on this date, using the CM/ECF system which will send notification of such filing to the above.

This the 28th day of September, 2022.

*/s/ Christopher J. Locascio*
CHRISTOPHER J. LOCASCIO
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Chris_Locascio@fd.org
N.C. State Bar No. 29326
LR 57.1 Counsel Appointed