UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-217-M-RN-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| NOAH EDWIN ANTHONY | |

This matter comes before the Court on Defendant's motion to continue Defendant's detention hearing, currently set for September 29, 2022. [DE-9]. For good cause shown, the motion is allowed and the detention hearing is continued to _____.

The court finds that the ends of justice served by this continuance outweigh the best interests of the public and defendant in a speedy trial. It is therefore ordered further that the period of delay necessitated by this continuance is excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this the ____ day of September, 2022.

_____
ROBERT T. NUMBERS II
United States Magistrate Judge