UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-217-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER RE: |
| v. | ) | Rule 16.1(b) PRETRIAL |
| | ) | CONFERENCE |
| NOAH EDWIN ANTHONY | ) | |

A motion to continue the deadline for the provision of discovery and the Local Rule 16.1 Pretrial Conference has been filed by the United States, with consent of counsel for the defendant.

For good cause shown therein, the United States is hereby allowed to provide discovery and/or meet counsel for the defendant on or before October 17, 2022. Local Rules Criminal Procedure EDNC 16.1(b) and (d).

Dated: October 4, 2022

*Robert T. Numbers II*

Robert T. Numbers, II
United States Magistrate Judge