UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-217-M-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NOAH EDWIN ANTHONY | ORDER |

This matter comes before the court on Defendant's unopposed motion to continue the arraignment and trial. For good cause shown, the motion is GRANTED. Defendant's arraignment is continued until the _____ term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this \_\_\_ day of February, 2023.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE