IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00217-M

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| NOAH EDWIN ANTHONY, | |
| Defendant. | |

These matters come before the court on Defendant's unopposed Motion for Leave to File a Sentencing Memorandum that Exceeds Page and Word Limit [DE 35, 38] and Defendant's unopposed Motion to Seal [DE 37, 39]. For good cause shown, the motion for leave to file a lengthy memorandum is GRANTED, and the court accepts as filed the memorandum and attachments at DE 36.

In addition, pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed documents, the motion to seal is GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 36 and DE 36-1 through 36-12 until further order of the court.

SO ORDERED this 7th day of March, 2024.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE