# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

**GOVERNMENT EXHIBIT 1**

## PRIVACY ACT STATEMENT
**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurat[e]
**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Honeycutt Gate | 20220303 | 0059 | 1383-2022-MPC023 |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| Sanchez, Juan, C. | 4530 | E-5/SGT |

**8. ORGANIZATION OR ADDRESS**
127 AEB 1BCT 82 ABN DIV

**9.**
I, SGT Sanchez, Juan, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

During a random vehicle inspection on Honeycutt Gate Lane 2 at 0230, 03 MAR 2022, I wrote PFC Anthony Noah's vehicle information on the RAMP sheet. I asked PFC Anthony if he had any drugs, weapons or anything we need to worry about in his vehicle & he said "No". After he stepped out of the vehicle I started my inspection & saw a handgun along with a magazine in the center console. I then asked if it was registered & he replied he didn't have paperwork. I notified Bragg & had a patrol come to lane 2 at 0250, 03 MAR 2022. After the MPs arrived they began questioning & searching the vehicle. They found 5 shotgun shells, two extended mags for 9mm, one mag for 9mm, one expended brass for 9mm, 1 high powered laser, a glock, one mag, an American flag with a swastika instead of stars, an extremist group patch, one radar detector, 3 radios, one nazi shirt, 1 garmin, 1 laptop, 1 RedHorse keychain toolkit, 1 skull mask, 3 weapons cleaning kits.

///End of Statement/// 03MAR2022///

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT JS | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ____ TAKEN AT ____ DATED ____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998    DA FORM 2823, JUL 72, IS OBSOLETE    APD PE v1.01

STATEMENT OF SGT Sanchez Juan TAKEN AT Honeycutt Gate DATED 03MAR22 0105

9. STATEMENT (Continued)

AFFIDAVIT

I, SGT Sanchez Juan , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 2 . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(Signature of Person Making Statement)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 3rd day of March, 2022 at Honeycutt Gate, Fort Bragg, NC

(Signature of Person Administering Oath)

ORGANIZATION OR ADDRESS

Collin Ford
(Typed Name of Person Administering Oath)

UCMJ 136(b)(4) UCMJ
(Authority To Administer Oaths)

ORGANIZATION OR ADDRESS

INITIALS OF PERSON MAKING STATEMENT
JS

PAGE 2 OF 2 PAGES

DA FORM 2823, NOV 2006

APD LC v1.01ES

Case 5:22-cr-00217-M-RN   Document 41-1   Filed 03/07/24   Page 2 of 2