# INVESTIGATOR STATEMENT

**PRIVACY ACT STATEMENT**

**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O.9397 Social Security Number (SSN).
**PRINCIPAL PURPOSE:** To document investigative activity, and to allow Army officials to maintain discipline, law and or[der] and incidents.
**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enfo[rcement,] child protective services, victims, witnesses, the Department of Veterans Affairs, and the Officer of Personnel Management [for] determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearance[,] and other personnel actions.
**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

**GOVERNMENT EXHIBIT 2**

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| LEC Fort Bragg, NC | 20220303 | | 1383-2022-MPC023 |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN (min last 4) | 7. GRADE/STATUS |
|---|---|---|
| Ford, Collin, Glynn | 9198 | E4/AC |

**8. ORGANIZATION**
Fort Bragg Law Enforcement Center, Fort Bragg, NC 28310

**9. STATEMENT**
This statement is intended to clarify and/or elaborate on certain aspects of this investigation not documented elsewhere in any other statement and/or document.

At 0033, I, SPC Ford, Patrol 3-3, was called to ACP 10 in reference to a weapon violation. I arrived at 0038 and met with Patrol 3-2. I called Anthony's Drivers license over the radio and it came back clear. 3-2 called his license plate and it came back clear. I called the serial number on a black Glock P80, which came back clear. We then placed Anthony in handcuffs, and placed him in a patrol car. I began searching his vehicle, and found 2 30 round 9mm magazines in the center console, along with a 17 round 9mm magazine. Within the vehicle I also uncovered several articles bearing radical group symbols such as swastikas. There were also several radios found. We transported Anthony to the LEC for questioning. Anthony invoked his rights and requested a lawyer. Anthony was then released to his unit leadership. Additionally, a P80 handgun with a 17 round 9mm magazine was also located in the center console.

Collin Ford
SPC, USA
Military Police

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 of 1 |
|---|---|---|
| | CGF | |

EC FORM 2823, FEB 2021