

2022-493-RKD

GOVERNMENT
EXHIBIT
3

Exhibit 1 right side view.

763040-22-0086

FGC-9
LIVE FREE
OR DIE
JSTARK1809
Exhibit 1 left side view with close-up of markings on magazine well.

763040-22-0086