

GOVERNMENT EXHIBIT 4



Jim Crow South    Fritz Julius Kuhn → Adolf Hitler / Third Reich
                                     The Bund
         ↓
         |       Third Klan    George Lincoln Rockwell
         |       -----------American Nazi Party
Cosmotheism            William Luther
Tax Exemption          Pierce                                James Mason
         National          'The                Richard
Bob      Alliance         Turner              Butler          'Siege'
Matthews                  Diaries'
    ↓
The Order
         ·  ·  ·  · Aryan
                   Nations
         Harold                                              ↓
         Covington     Christian        ←   +  The
         Combat        Identity.  Atomwaffen   Universal
         18            Heresy                  Order

                                   Base +        FBI?

                                  Seven         Rinaldo
                                  Angels        Nazzero
                                                Satanist