~~Phase A - Buy from private seller in Virginia~~
- HB2 as of July 1, 2021 makes this illegal

Plan B Buy from private seller in North Carolina

M1A                        FAL 5CAR 17

Plan C Purchase 80% method (AR-10, AR-15)
                                                    700      500

AR-15 ✓ Jig ✓  AR-10 ✓ Jig ✓

Plan D Print a 3D printed model

FGC-9 ✓

Plan E Weld a stick welded model

MAC-11 Pallidenllum        50 Cal Rifle

GOVERNMENT EXHIBIT 5

PENGAD-Bayonne, N. J.