/// Top Secret Goebbels ///

Operation der Schwarze

(TSG) Introduction

Mission Statement: This operation is a planned premediated attempt to physically remove as many of the Negro, Spics and Mongrels from Hoke, Cumberland, Robeson and Scotland Counties by whatever means need be.

AO: Hoke, Cumberland, Robeson and Scotland Counties: North Carolina

Target: The Negros, Spics and Mongrels excluding service members of the Armed Forces

(U) Information Collection

In 2016, the Negro was 21.46% of North Carolina's population. North Carolina is in the top ten states for Negro population.

This are the statistics as of 2018

Asian: 3.1

Hispanic: 9.6

White: 62.8

Negro: 21.4

Mixed (Other): 3.1

The only race that is decreasing in the White Race. This must stop. Twenty-one out of one hundred counties now have a minority-majority population.

These are the numbers for the counties of interest: 2018 / 2010

<u>Cumberland</u>

Total Population: 332,330

White: 42.6% / 47.4%

Black: 37.1% / 35.8%

Hispanic: 11.9% / 9.5%

Other: 8.4% / 7.4%

<u>Hoke</u>

Total Population: 54,764

White: 39.3% / 40.9%

Black: 33.7% / 32.9%

Hispanic: 13.6% / 12.4%



/// Top Secret Goebbels ///

Other: 13.4% / 13.8%

<u>Robeson</u>

Total Population: 131,831

White: 25.0% / 27.0%

Black: 23.2% / 24.1%

Hispanic: 9.0% / 8.1%

Other: 42.7% / 40.7%

<u>Scotland</u>

Total Population: 34,810

White: 43.2% / 46.0%

Black: 38.6% / 38.5%

Hispanic: 3.1% / 2.1%

Other: 15.1% / 13.4%

In every case these are majority sub-human counties. In every case the White Man declined. There is so many Native Americans in Robeson at 38.02% of Other that they are the majority.

Both Robeson and Scotland Counties have Confederate Statues in front of the courthouses as of 2020, so in theory white rule is still in place (with Native approval in Lumberton).

Hoke has a small population due to it mainly being in FT Bragg.

Cumberland County with Fayetteville as the crown jewel is the highest population with the most per capita sub-humans. The high crime rate is likely to mask the operational activities.

/// Top Secret Goebbels ///

(S) Methods

Anti-Property:

Arson: Likely gasoline or self-applied torch

Anti-Personal:

Poisoning: Ricin preferred, application?

Shotgun: Very unlikely, Many risks

(TSG) Targets

Minority businesses, meeting places and neighborhoods

-

-

-

-

-

-

-

-

-

-

/// Top Secret Goebbels ///

(TSG) Execution of Operations

Date: Location: Method: Effect: Deaths

Eg: 14AUG: Lumberton Islamic Center: Arson: Damage: x0