UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Noah Edwin Anthony            Docket No. 5:22-CR-217-1M

**Petition for Action on Supervised Release**

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Noah Edwin Anthony, who, upon an earlier plea of guilty to Receiving, Possessing, Transferring, or Manufacturing a Firearm Not Registered in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on March 14, 2024, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Noah Edwin Anthony was released from custody on March 22, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is a resident in the Eastern District of Virginia, and the request for transfer of supervision of this case has been approved. In addition, the Eastern District of Virginia respectfully requests a modification of the defendant's terms of supervised release to reflect a computer monitoring condition. This request is based upon a review of the case and relevant conduct.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. To ensure compliance with supervision, the defendant shall submit to unannounced searches of any computer or computer equipment (including mobile phones, tablets, and data storage devices) which may include the use of computer monitoring technology, computer search or analysis software, and copying of all data from the device and external peripherals. Such examination may require the removal of devices from the defendant's possession for the purpose of conducting a thorough inspection.

2. At the direction of the U.S. Probation Officer, the defendant shall consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant shall pay the costs of this monitoring.

Except as herein modified, the judgment shall remain in full force and effect.

Noah Edwin Anthony
Docket No. 5:22-CR-217-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Korey A. Cross
Korey A. Cross
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2051
Executed On: April 2, 2024

### ORDER OF THE COURT

Considered and ordered this 4th day of April, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge