UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Noah Edwin Anthony**        Docket No. 5:22-CR-217-1M

**Petition for Action on Supervised Release**

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Noah Edwin Anthony, who, upon an earlier plea of guilty to Receiving, Possessing, Transferring, or Manufacturing a Firearm Not Registered in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on March 14, 2024, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Noah Edwin Anthony was released from custody on March 22, 2024, at which time the term of supervised release commenced.

On April 4, 2024, upon recommendation of the supervising district, the court modified the defendant's conditions of supervised release to provide for enhanced computer monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is a resident in the Eastern District of Virginia, and the request for transfer of supervision of this case has been approved. In addition, the Eastern District of Virginia respectfully requests a modification of the defendant's terms of supervised release to reflect mental health treatment. This recommendation is based on a review of the psychological evaluation conducted by the defense counsel prior to sentencing, and the recommendation of the defendant's Life After Hate case manager. Additionally, as the Eastern District of Virginia has agreed to accept jurisdiction of this case and a request for transfer of jurisdiction is forthcoming.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid by the defendant as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Noah Edwin Anthony
Docket No. 5:22-CR-217-1M
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Korey A. Cross<br>Korey A. Cross<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2051<br>Executed On: April 10, 2024 |

### ORDER OF THE COURT

Considered and ordered this 11th day of April, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge